# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CLAVERIA, ROGELIO | § | Case No. 09-04342 |
| CLAVERIA, JOHANNA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/11/2009 . The undersigned trustee was appointed on 02/12/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    45,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 25,413.49 |
   | Bank service fees | 34.61 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 9,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 10,551.90 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/22/2009 and the deadline for filing governmental claims was 06/22/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,350.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,350.00 , for a total compensation of $ 4,350.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/07/2015                By: /s/MICHAEL G. BERLAND
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 09-04342 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | CLAVERIA, ROGELIO | | | Date Filed (f) or Converted (c): | 02/11/09 (f) |
| | CLAVERIA, JOHANNA | | | 341(a) Meeting Date: | 03/19/09 |
| For Period Ending: | 06/19/15 | | | Claims Bar Date: | 06/22/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 321 Drake Ave, Bolingbrook, IL 60440, Blue Green | 213,000.00 | 0.00 | | 0.00 | FA |
| 2. TCF checking | 50.00 | 0.00 | | 0.00 | FA |
| 3. TCF savings | 150.00 | 0.00 | | 0.00 | FA |
| 4. 4 Beds, 5 Dressers, 2 Couches, 2 Loveseats, Dini | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. 2 Ordinary adult supplies | 700.00 | 0.00 | | 0.00 | FA |
| 6. Thru union | 0.00 | 0.00 | | 0.00 | FA |
| 7. 401K | 2,457.60 | 0.00 | | 0.00 | FA |
| 8. Retirement thru union- not yet vested | 0.00 | 0.00 | | 0.00 | FA |
| 9. Auto accident in 06/27/2008. Attorney is Brian K | 0.00 | 45,000.00 | | 45,000.00 | FA |
| 10. 2007 Mitsubishi Eclipse 15,000 miles | 10,850.00 | 0.00 | | 0.00 | FA |
| 11. 2008 Chevy Malibu 9,400 miles | 17,625.00 | 0.00 | | 0.00 | FA |
| 12. 2007 Mercedes C230 | Unknown | 0.00 | | 0.00 | FA |
| 13. 2007 Pontiac Grand Prix (driven and paid for by | 0.00 | 0.00 | | 0.00 | FA |
| 14. Blue green time share | 0.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $246,332.60 | $45,000.00 | | $45,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee suceeded Bradley Waller. A personal injury case is pending. TheTrustee filed a Moion To Compromsie the PI case, which was granted.

Initial Projected Date of Final Report (TFR): 12/31/10     Current Projected Date of Final Report (TFR): 06/30/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 09-04342 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | CLAVERIA, ROGELIO | | Bank Name: | Bank of Kansas City |
| | CLAVERIA, JOHANNA | | Account Number / CD #: | *******0081 Checking Account |
| Taxpayer ID No: | *******6148 | | | |
| For Period Ending: | 06/19/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/06/15 | 9 | Sate Farm Insurance | | 1142-000 | 45,000.00 | | 45,000.00 |
| * 04/03/15 | 005001 | Rogelia Claveria | Payment of PI exemption debtor per court order | 8100-003 | | 9,000.00 | 36,000.00 |
| * 04/03/15 | 005001 | Rogelia Claveria | Payment of PI exemption debtor Check to wrong debtor Will be reissued | 8100-003 | | -9,000.00 | 45,000.00 |
| 04/03/15 | 005002 | ATI Physical Therapy | Payment of lien per court order | 2990-000 | | 3,403.50 | 41,596.50 |
| 04/03/15 | 005003 | Teamsters Health & Welfare | Payment fo lien per court order | 2990-000 | | 3,662.94 | 37,933.56 |
| * 04/03/15 | 005004 | Vllage Of Bolingbrook Hospital | Payment of lien per court order | 2990-003 | | 904.07 | 37,029.49 |
| * 04/03/15 | 005004 | Vllage Of Bolingbrook Hospital | Payment of lien per AMOUNT OF LIEN ON CHECK NEEDS TO BE CORRECTED | 2990-003 | | -904.07 | 37,933.56 |
| 04/03/15 | 005005 | Johanna Claveria | Payment of PI exemption debtor per court order | 8100-000 | | 9,000.00 | 28,933.56 |
| * 04/03/15 | 005006 | Bolingbrook Hospital | Payment of lien per court order | 2990-003 | | 904.70 | 28,028.86 |
| 04/03/15 | 005007 | Adventist Health Partners | Payment fo lien per court order | 2990-000 | | 108.73 | 27,920.13 |
| 04/03/15 | 005008 | Village of Bolingbrook | Payment of lien per court order | 2990-000 | | 406.25 | 27,513.88 |
| 04/03/15 | 005009 | Suburban Radiologists | Payment of lien per court order | 2990-000 | | 613.00 | 26,900.88 |
| 04/03/15 | 005010 | DuPage Pathology | Payment of lien per court order | 2990-000 | | 174.00 | 26,726.88 |
| 04/03/15 | 005011 | Lee Gunter | Payment of attorney fee per court order | 3410-000 | | 7,500.00 | 19,226.88 |

Page Subtotals        45,000.00        25,773.12

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-04342 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | CLAVERIA, ROGELIO | | Bank Name: | Bank of Kansas City |
| | CLAVERIA, JOHANNA | | Account Number / CD #: | *******0081 Checking Account |
| Taxpayer ID No: | *******6148 | | | |
| For Period Ending: | 06/19/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/03/15 | 005012 | Lee Gunter | Payment of attorney expenses per court order | 3220-000 | | 300.00 | 18,926.88 |
| 04/03/15 | 005013 | Brian Keely | Payment of attorney fee per court order Attorney fee of $15,000 was split equally between Lee Gunter and Brian Keely | 3210-000 | | 7,500.00 | 11,426.88 |
| 04/03/15 | 005014 | Brian Keely | Payment of attorney expenses per court order | 3220-000 | | 840.37 | 10,586.51 |
| * 04/10/15 | 005006 | Bolingbrook Hospital | Payment of lien per | 2990-003 | | -904.70 | 11,491.21 |
| 04/10/15 | 005015 | Bolingbrook Hospital | Payment of lien per court order | 2990-000 | | 904.70 | 10,586.51 |
| 04/30/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 34.61 | 10,551.90 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 45,000.00 | 34,448.10 | 10,551.90 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 45,000.00 | 34,448.10 | |
| Less: Payments to Debtors | | 9,000.00 | |
| Net | 45,000.00 | 25,448.10 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0081 | 45,000.00 | 25,448.10 | 10,551.90 |
| | 45,000.00 | 25,448.10 | 10,551.90 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 8,674.98

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: June 19, 2015 |

Case Number: 09-04342
Debtor Name: CLAVERIA, ROGELIO

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3220-00 | LEE GUNTER & BRIAN KEELEY | Administrative | | $1,140.37 | $1,140.37 | $0.00 |
| 001 3210-00 | LEE GUNTER & BRIAN KEELEY | Administrative | | $15,000.00 | $15,000.00 | $0.00 |
| 999 2990-00 | DUPAGE PATHOLOGY | Administrative | | $174.00 | $174.00 | $0.00 |
| 999 2990-00 | SUBURBAN RADIOLGISTS | Administrative | | $613.00 | $613.00 | $0.00 |
| 999 2990-00 | VILLAGE OF BOLINGBROOK | Administrative | | $406.25 | $406.25 | $0.00 |
| 999 2990-00 | ADVENTIST HEALTH PARTNERS | Administrative | | $108.73 | $108.73 | $0.00 |
| 999 2990-00 | BOLIINGBROOK HOSPITAL | Administrative | | $904.70 | $904.70 | $0.00 |
| 999 2990-00 | TEAMSTERS HEALTH & WELFARE | Administrative | | $3,662.94 | $3,662.94 | $0.00 |
| 999 2990-00 | ATI PHYSICAL THERAPY | Administrative | | $3,403.50 | $3,403.50 | $0.00 |
| 999 8100-00 | JOHANNA CLAVERIA | Unsecured | | $9,000.00 | $9,000.00 | $0.00 |
| 000001 070 7100-00 | American Express Bank, FSB POB 3001 Malvern, PA 19355-0701 | Unsecured | | $17,577.23 | $0.00 | $17,577.23 |
| 000002 070 7100-00 | BMW Bank of North America C/O Michael J McKitrick 150 N Mermec 4th FL St Louis, MO 63105 | Unsecured | | $37,756.55 | $0.00 | $37,756.55 |
| 000004 070 7100-00 | Chase Bank USA NA PO BOX 15145 Wilmington, DE 19850-5145 | Unsecured | | $12,376.20 | $0.00 | $12,376.20 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: June 19, 2015 |

Case Number: 09-04342
Debtor Name: CLAVERIA, ROGELIO

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000006 070 7100-00 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $8,258.23 | $0.00 | $8,258.23 |
| 000007 070 7100-00 | Chase Bank USA,N.A.<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,TX 75374 | Unsecured | | $702.85 | $0.00 | $702.85 |
| 000008 070 7100-00 | DaimlerChrysler Financial<br>Freedman, Anselmo, Lindberg & Rappe LLC<br>PO Box 3216<br>Naperville, IL 60566 | Unsecured | | $22,244.18 | $0.00 | $22,244.18 |
| 000009 070 7100-00 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $10,719.32 | $0.00 | $10,719.32 |
| 000010 070 7100-00 | Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Unsecured | | $15,037.95 | $0.00 | $15,037.95 |
| 000003 050 4110-00 | Merrill Lynch Bank USA<br>POB 91060<br>Mobile, AL 36691 | Secured | | $0.00 | $0.00 | $0.00 |
| 000005 050 4110-00 | gmac<br>po box 130424<br>roseville, mn 55113 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $159,086.00 | $34,413.49 | $124,672.51 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-04342
Case Name: CLAVERIA, ROGELIO
                CLAVERIA, JOHANNA
Trustee Name: MICHAEL G. BERLAND

        Balance on hand                                                 $        10,551.90

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | Merrill Lynch Bank WITHDRAWN | $ 18,595.95 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000005 | gmac WITHDRAWN | $ 16,173.76 | $ 0.00 | $ 0.00 | $ 0.00 |

    Total to be paid to secured creditors                           $             0.00

    Remaining Balance                                                      $        10,551.90

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 4,350.00 | $ 0.00 | $ 4,350.00 |
| Attorney for Trustee Fees: LEE GUNTER & BRIAN KEELEY | $ 15,000.00 | $ 15,000.00 | $ 0.00 |
| Other: ATI PHYSICAL THERAPY | $ 3,403.50 | $ 3,403.50 | $ 0.00 |
| Other: TEAMSTERS HEALTH & WELFARE | $ 3,662.94 | $ 3,662.94 | $ 0.00 |
| Other: BOLIINGBROOK HOSPITAL | $ 904.70 | $ 904.70 | $ 0.00 |
| Other: ADVENTIST HEALTH PARTNERS | $ 108.73 | $ 108.73 | $ 0.00 |
| Other: VILLAGE OF BOLINGBROOK | $ 406.25 | $ 406.25 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: SUBURBAN RADIOLGISTS | $ 613.00 | $ 613.00 | $ 0.00 |
| Other: DUPAGE PATHOLOGY | $ 174.00 | $ 174.00 | $ 0.00 |
| Other: LEE GUNTER & BRIAN KEELEY | $ 1,140.37 | $ 1,140.37 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     4,350.00

Remaining Balance     $     6,201.90

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 109,634.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Bank, FSB | $ 17,577.23 | $ 0.00 | $ 994.32 |
| 000002 | BMW Bank of North America | $ 37,756.55 | $ 0.00 | $ 2,135.84 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Chase Bank USA NA | $ 12,376.20 | $ 0.00 | $ 700.11 |
| 000006 | Roundup Funding, LLC | $ 8,258.23 | $ 0.00 | $ 467.16 |
| 000007 | Chase Bank USA,N.A. | $ 702.85 | $ 0.00 | $ 39.76 |
| 000008 | DaimlerChrysler Financial | $ 22,244.18 | $ 0.00 | $ 1,258.33 |
| 000009 | PYOD LLC its successors and assigns as | $ 10,719.32 | $ 0.00 | $ 606.38 |
| 000010 | Discover Bank TARDILY FILED UNSECURED | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors      $      6,201.90

Remaining Balance      $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE