| | |
|---|---|
| IN RE: | ) |
| | ) |
| ROGELIO CLAVERIA | ) |
| JOHANNA CLAVERIA | ) No.09 B 4342 |
| Debtor | ) Chapter 7 |
| | ) Honorable BRUCE W. BLACK |
| | (Joliet) |

## NOTICE OF WITHDRAWAL OF DOCKET ENTRY 46

:
**To: Registrants Entitled to Electronic Notice**

United States Trustees Office
219 South Dearborn Street
Suite 873
Chicago, Illinois

Alonzo Zahour
Law Office Of Alonso Zahour
235 Remington, suite G1
Bolingbrook, Illinois 60440
Attorney for debtors

**Service by mail**
Rogelio & Johanna Claveria
2629 N. St.Louis Avenue, 2nd floor
Chicago, Illinois 60647-1215

DCFS
Riezman Berger
Kathryn Klein
7700 Bonhomme, 7th floor
St. Louis Missouri 63105

American Express
POB 3001
Malvern, Pennsylvania 19355

Litton Loan
c/o McCalla Rogner LLC Bankruptcy
1544 Old Alabama Road
Roswell, Georgia 30076

   PLEASE TAKE NOTICE that on July 7, 2015 the Trustee withdrew his docket entry 46 entitled Final Report since it is a duplicate of docket entry 47.

### CERTIFICATE OF SERVICE
   **THE UNDERSIGNED** states and certifies that he caused a true

and correct copy of above Withdrawal by serving all parties of record by electronically filing same on said date.

/s/ Michael G. Berland Trustee
Michael G. Berland

Michael G. Berland #0187569
1 North LaSalle Street
Suite 1775
Chicago, Illinois 60602
312-855-1272