IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                          )
                                )
ROGELIO CLAVERIA                )
JOHANNA CLAVERIA                ) No.09 B 4342
            Debtor              ) Chapter 7
                                ) Honorable BRUCE W. BLACK
                                )    (Joliet)

### NOTICE OF WITHDRAWAL OF DOCKET ENTRIES 47 AND 50

:
**To: Registrants Entitled to Electronic Notice**

United States Trustees Office
219 South Dearborn Street
Suite 873
Chicago, Illinois

Alonzo Zahour
Law Office Of Alonso Zahour
235 Remington, suite G1
Bolingbrook, Illinois 60440
Attorney for debtors

**Service by mail**
Rogelio & Johanna Claveria
2629 N. St.Louis Avenue, 2nd floor
Chicago, Illinois 60647-1215

DCFS
Riezman Berger
Kathryn Klein
7700 Bonhomme, 7th floor
St. Louis Missouri 63105

American Express
POB 3001
Malvern, Pennsylvania 19355

Litton Loan
c/o McCalla Rogner LLC Bankruptcy
1544 Old Alabama Road
Roswell, Georgia 30076

    PLEASE TAKE NOTICE that on July 20, 2015 the Trustee

withdrew his docket entry 47 entitled Final Report since it is a duplicate of docket entry 46 and the Notice of Withdrawal listed as docket entry 50.

## <u>CERTIFICATE OF SERVICE</u>

**THE UNDERSIGNED** states and certifies that he caused a true and correct copy of above Notice of Withdrawal on July 20, 2015 by serving all parties of record by electronically filing same on said date.

                    /s/ Michael G. Berland Trustee
                       Michael G.Berland

Michael G. Berland #0187569
1 North LaSalle Street
Suite 1775
Chicago, Illinois 60602
312-855-1272