UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CLAVERIA, ROGELIO § Case No. 09-04342 BL
CLAVERIA, JOHANNA §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF THE COURT
        219 S. Dearborn
        Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 08/14/2015 in Courtroom ,
        United States Courthouse
        Joliet City Hall
        150 West Jefferson,2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/20/2015                By: /s/ Michael G. Berland
                                                                                Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CLAVERIA, ROGELIO § Case No. 09-04342 BL
CLAVERIA, JOHANNA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 45,000.00 |
| and approved disbursements of | $ | 34,448.10 |
| leaving a balance on hand of[1] | $ | 10,551.90 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | Merrill Lynch Bank WITHDRAWN | $ 18,595.95 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000005 | gmac WITHDRAWN | $ 16,173.76 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 10,551.90 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 4,350.00 | $ 0.00 | $ 4,350.00 |
| Attorney for Trustee Fees: LEE GUNTER & BRIAN KEELEY | $ 15,000.00 | $ 15,000.00 | $ 0.00 |
| Other: ATI PHYSICAL THERAPY | $ 3,403.50 | $ 3,403.50 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: TEAMSTERS HEALTH & WELFARE | $ 3,662.94 | $ 3,662.94 | $ 0.00 |
| Other: BOLIINGBROOK HOSPITAL | $ 904.70 | $ 904.70 | $ 0.00 |
| Other: ADVENTIST HEALTH PARTNERS | $ 108.73 | $ 108.73 | $ 0.00 |
| Other: VILLAGE OF BOLINGBROOK | $ 406.25 | $ 406.25 | $ 0.00 |
| Other: SUBURBAN RADIOLGISTS | $ 613.00 | $ 613.00 | $ 0.00 |
| Other: DUPAGE PATHOLOGY | $ 174.00 | $ 174.00 | $ 0.00 |
| Other: LEE GUNTER & BRIAN KEELEY | $ 1,140.37 | $ 1,140.37 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     4,350.00

Remaining Balance     $     6,201.90

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 109,634.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Bank, FSB | $ 17,577.23 | $ 0.00 | $ 994.32 |

| Claim No. | Claimant | Allowed Amount of Claim | | Interim Payment to Date | | Proposed Payment | |
|---|---|---|---|---|---|---|---|
| 000002 | BMW Bank of North America | $ | 37,756.55 | $ | 0.00 | $ | 2,135.84 |
| 000004 | Chase Bank USA NA | $ | 12,376.20 | $ | 0.00 | $ | 700.11 |
| 000006 | Roundup Funding, LLC | $ | 8,258.23 | $ | 0.00 | $ | 467.16 |
| 000007 | Chase Bank USA,N.A. | $ | 702.85 | $ | 0.00 | $ | 39.76 |
| 000008 | DaimlerChrysler Financial | $ | 22,244.18 | $ | 0.00 | $ | 1,258.33 |
| 000009 | PYOD LLC its successors and assigns as | $ | 10,719.32 | $ | 0.00 | $ | 606.38 |
| 000010 | Discover Bank TARDILY FILED UNSECURED | $ | 0.00 | $ | 0.00 | $ | 0.00 |

Total to be paid to timely general unsecured creditors          $           6,201.90

Remaining Balance          $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
                                            Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 09-04342-BWB
Rogelio Claveria                                                Chapter 7
Johanna Claveria
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: cmendoza1              Page 1 of 2            Date Rcvd: Jul 21, 2015
                               Form ID: pdf006              Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2015.
```
db             #+Rogelio Claveria,    321 Drake Ave,    Bolingbrook, IL 60490-3103
jdb             +Johanna Claveria,    321 Drake Ave,    Bolingbrook, IL 60490-3103
13516762         American Express,    c/o Nationwide Credit,    2015 Vaughn Rd NW Bld 400,
                   Kennesaw, GA 30144-7801
13648606         American Express Bank, FSB,    POB 3001,   Malvern, PA 19355-0701
13719750        +BMW Bank of North America,    C/O Michael J McKitrick,    150 N Mermec 4th FL,
                   St Louis, MO 63105-3876
23360413        +BMW Financial Services NA, LLC,    P.O. Box 201347,    Arlington, TX 76006-1347
13516763        +Beneficial/HFC,    PO Box 1547,   Chesapeake, VA 23327-1547
13516764        +Bluegreen Corporation,    4960 Conference Way N Suite 100,    Boca Raton, FL 33431-4413
13516766        +Bolingbrook Healthcare,    391 Quadrangle Drive Suite N7,    Bolingbrook, IL 60440-3444
13516767       ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    PO Box 85015,    Richmond, VA 23285-5015)
13516793       ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,   MAIL STOP DE1-1406,
                   WILMINGTON DE 19801-2920
                (address filed with court: Washington Mutual,    PO Box 660509,    Dallas, TX 75266-0509)
13516768         Center One Bank,    Dept 228,   PO Box 91060,    Mobile, AL 36691-1060
13789372         Chase Bank USA NA,    PO BOX 15145,   Wilmington, DE 19850-5145
13924293        +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
                   Dallas,TX 75374-0933
13516770        +Citifinancial Services Inc,    c/o Richard A Snow,    123 W Madison St Suite 310,
                   Chicago, IL 60602-4511
13516771         City of Chicago Dept of Revenue,    c/o Linebarger Goggan Blair & Samps,    PO Box 06152,
                   Chicago, IL 60606-0152
13516772         Columbia House,    PO Box 91601,   Indianapolis, IN 46291-0601
13516773        +DCFS Trust,   c/o Freedman Anselmo Lindberg,    1807 W Diehl Road Suite 333,
                   Naperville, IL 60563-1890
14003992        +DaimlerChrysler Financial,    Freedman, Anselmo, Lindberg & Rappe LLC,    PO Box 3216,
                   Naperville, IL 60566-7216
13516774        +Discover Bank,    c/o Baker & Miller PC,   29 N Wacker Drive 5th floor,    Chicago, IL 60606-3221
13516776         Fashion Bug,   PO Box 84073,    Columbus, GA 31908-4073
13516777         Fifth Third Bank,    c/o RAB Inc,   PO Box 1022,    Wixom, MI 48393-1022
13516778        +Fingerhut,   c/o Northland Group Inc,    PO Box 390846,    Minneapolis, MN 55439-0846
13516780        +Greater Chicago Finance,    8331 W Roosevelt Road,    Forest Park, IL 60130-2529
13516781         Highlights for Children,    1800 Watermark Drive,    PO Box 269,   Columbus, OH 43216-0269
13516782        +IHC Holy Family Emergency Physician,    1251 W Glen Oaks Lane,    Thiensville, WI 53092-3356
13516783        +IL Dept of Human Services,    c/o NCO Financial,    4601 Sauk Trail,
                   Richton Park, IL 60471-1470
13516785        +Litton Loan Servicing,    C/O McCalla Raymer LLC,    1544 Old Alabama Road,
                   Roswell, GA 30076-2102
17305922        +Litton Loan Servicing, LP.,    PO BOX 829009,    Dallas, TX 75382-9009
13516786        +Macy’s,   PO Box 8066,    Mason, OH 45040-8066
13516787        +Maritza Claveria,    2629 N St Louis,   Chicago, IL 60647-1215
13516788        +Mercedes-Benz Financial,    2050 Roanoke Road,    Roanoke, TX 76262-9616
13772015        +Merrill Lynch Bank USA,    POB 91060,   Mobile, AL 36691-1060
13516790        +The Home Depot,    PO Box 689147,   Des Moines, IA 50368
13516791        +Trustmark Recovery Service,    541 Otis Bowen Drive,    Munster, IN 46321-4158
13516792         Village of Bellwood,    c/o Municipal Collection Services,    PO Box 1022,   Wixom, MI 48393-1022
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13516765         E-mail/Text: bankruptcynotices@bmwfs.com Jul 22 2015 01:16:12      BMW Financial Services,
                   5550 Britton Pkwy,    Hilliard, OH 43026-7456
13516769        +E-mail/Text: bk.notifications@jpmchase.com Jul 22 2015 01:14:58      Chase Auto Finance,
                   14800 Frye Road,    TX 1-0056,   Fort Worth, TX 76155-2732
14155887         E-mail/PDF: mrdiscen@discover.com Jul 22 2015 01:36:07      Discover Bank,   DFS Services LLC,
                   PO Box 3025,    New Albany OH 43054-3025
13516775        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 22 2015 01:17:22
                   Farmers Insurance Group,    c/o Credit Collection Service,    Two Wells Avenue Dept 9134,
                   Newton Center, MA 02459-3225
13516779        +E-mail/Text: ally@ebn.phinsolutions.com Jul 22 2015 01:14:19      GMAC,
                   1700 W Highway 36, Suite 510,    Roseville, MN 55113-4027
13516784        +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 22 2015 01:14:30      Kohls,   PO Box 2983,
                   Milwaukee, WI 53201-2983
13516789        +E-mail/Text: bankrup@aglresources.com Jul 22 2015 01:14:10      Nicor,
                   Attn Bankruptcy & Collections,    PO Box 549,   Aurora, IL 60507-0549
14006586        +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 22 2015 01:24:16
                   PYOD LLC its successors and assigns as assignee of,    Citibank,
                   c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
13838622         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 22 2015 01:24:01
                   Roundup Funding, LLC,    MS 550,   PO Box 91121,   Seattle, WA 98111-9221
13815435        +E-mail/Text: ally@ebn.phinsolutions.com Jul 22 2015 01:14:19      gmac,   po box 130424,
                   roseville, mn 55113-0004
                                                                                              TOTAL: 10
```

```
District/off: 0752-1           User: cmendoza1              Page 2 of 2                  Date Rcvd: Jul 21, 2015
                               Form ID: pdf006              Total Noticed: 46

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Law Office of Lee Gunter
13516761        Adriana Valenzuela,    Unknown
                                                                                         TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2015 at the address(es) listed below:
              Alonzo H Zahour    on behalf of Debtor Rogelio  Claveria ahzlawyer@aol.com
              Alonzo H Zahour    on behalf of Joint Debtor Johanna  Claveria ahzlawyer@aol.com
              Kathryn A Klein    on behalf of Creditor    DCFS USA LLC iln@riezmanberger.com
              Michael G Berland    on behalf of Trustee Michael G Berland einstein829@earthlink.net,
               IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Michael G Berland    einstein829@earthlink.net,    IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Michael J McKitrick    on behalf of Creditor    BMW Bank of North America mmckitrick@dmfirm.com,
               rhuck@dmfirm.com;mbauer@dmfirm.com
              Michael N Burke    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               bk_il_notice@fisherandshapirolaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                 TOTAL: 8
```