# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CLAVERIA, ROGELIO | § | Case No. 09-04342 |
| CLAVERIA, JOHANNA | § | |
| | § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 206,675.00                Assets Exempt: 48,657.60
*(Without deducting any secured claims)*

Total Distributions to Claimants:  6,201.90        Claims Discharged
                                                                        Without Payment:   201,582.79

Total Expenses of Administration:  29,798.10

---

3) Total gross receipts of $ 45,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 9,000.00  (see **Exhibit 2**), yielded net receipts of $ 36,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 305,327.00 | $ 34,769.71 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 55,211.59 | 55,211.59 | 29,798.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 130,650.92 | 124,672.51 | 110,101.72 | 6,201.90 |
| **TOTAL DISBURSEMENTS** | $ 435,977.92 | $ 214,653.81 | $ 165,313.31 | $ 36,000.00 |

   4)  This case was originally filed under chapter 7 on  02/11/2009 .  The case was pending for 88 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  04/27/2016          By:/s/MICHAEL G. BERLAND
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Auto accident in 06/27/2008. Attorney is Brian K | 1142-000 | 45,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$45,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Johanna Claveria | Exemptions | 8100-000 | 9,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 9,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bluegreen Corporation 4960 Conference Way N Suite 100 Boca Raton, FL 33431 | | 8,500.00 | NA | NA | 0.00 |
| | Center One Bank Dept 228 PO Box 91060 Mobile, AL 36691-1060 | | 19,527.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Auto Finance 14800 Frye Road TX 1-0056 Fort Worth, TX 76155 | | 0.00 | NA | NA | 0.00 |
| | GMAC 1700 W Highway 36, Suite 510 Roseville, MN 55113 | | 25,000.00 | NA | NA | 0.00 |
| | GMAC 1700 W Highway 36, Suite 510 Roseville, MN 55113 | | 0.00 | NA | NA | 0.00 |
| | GMAC 1700 W Highway 36, Suite 510 Roseville, MN 55113 | | 0.00 | NA | NA | 0.00 |
| | Litton Loan Servicing 4828 Loop Central Drive Houston, TX 77081-2226 | | 217,300.00 | NA | NA | 0.00 |
| | Mercedes-Benz Financial 2050 Roanoke Road Roanoke, TX 76262 | | 0.00 | NA | NA | 0.00 |
| | Mercedes-Benz Financial 2050 Roanoke Road Roanoke, TX 76262 | | 35,000.00 | NA | NA | 0.00 |
| 000005 | GMAC | 4110-000 | NA | 16,173.76 | 0.00 | 0.00 |
| 000003 | MERRILL LYNCH BANK WITHDRAWN | 4110-000 | NA | 18,595.95 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | $ 305,327.00 | $ 34,769.71 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | NA | 4,350.00 | 4,350.00 | 4,350.00 |
| Bank of Kansas City | 2600-000 | NA | 34.61 | 34.61 | 34.61 |
| ADVENTIST HEALTH PARTNERS | 2990-000 | NA | 217.46 | 217.46 | 108.73 |
| BOLIINGBROOK HOSPITAL | 2990-000 | NA | 904.70 | 904.70 | 0.00 |
| BOLINGBROOK HOSPITAL | 2990-000 | NA | 904.70 | 904.70 | 904.70 |
| PATHOLOGY, DUPAGE | 2990-000 | NA | 348.00 | 348.00 | 174.00 |
| RADIOLGISTS, SUBURBAN | 2990-000 | NA | 613.00 | 613.00 | 0.00 |
| RADIOLOGISTS, SUBURBAN | 2990-000 | NA | 613.00 | 613.00 | 613.00 |
| TEAMSTERS HEALTH & WELFARE | 2990-000 | NA | 7,325.88 | 7,325.88 | 3,662.94 |
| THERAPY, ATI PHYSICAL | 2990-000 | NA | 6,807.00 | 6,807.00 | 3,403.50 |
| VILLAGE OF BOLINGBROOK | 2990-000 | NA | 812.50 | 812.50 | 406.25 |
| KEELY, BRIAN | 3210-000 | NA | 7,500.00 | 7,500.00 | 7,500.00 |
| LEE GUNTER & BRIAN KEELEY | 3210-000 | NA | 15,000.00 | 15,000.00 | 0.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GUNTER, LEE | 3220-000 | NA | 300.00 | 300.00 | 300.00 |
| KEELY, BRIAN | 3220-000 | NA | 840.37 | 840.37 | 840.37 |
| LEE GUNTER & BRIAN KEELEY | 3220-000 | NA | 1,140.37 | 1,140.37 | 0.00 |
| GUNTER, LEE | 3410-000 | NA | 7,500.00 | 7,500.00 | 7,500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 55,211.59 | $ 55,211.59 | $ 29,798.10 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMW Financial Services 5550 Britton Pkwy Hilliard, OH 43026-7456 | | 0.00 | NA | NA | 0.00 |
| | Beneficial/HFC PO Box 1547 Chesapeake, VA 23327 | | 3,273.00 | NA | NA | 0.00 |
| | Bolingbrook Healthcare 391 Quadrangle Drive Suite N7 Bolingbrook, IL 60440 | | 228.00 | NA | NA | 0.00 |
| | Capital One PO Box 85015 Richmond, VA 23285-5015 | | 0.00 | NA | NA | 0.00 |
| | Citifinancial Services Inc c/o Richard A Snow 123 W Madison St Suite 310 Chicago, IL 60602 | | 15,728.79 | NA | NA | 0.00 |
| | City of Chicago Dept of Revenue c/o Linebarger Goggan Blair & Samps PO Box 06152 Chicago, IL 60606-0152 | | 1,010.00 | NA | NA | 0.00 |
| | Columbia House PO Box 91601 Indianapolis, IN 46291-0601 | | 124.70 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DCFS Trust c/o Freedman Anselmo Lindberg 1807 W Diehl Road Suite 333 Naperville, IL 60566 | | 22,244.18 | NA | NA | 0.00 |
| | Farmers Insurance Group c/o Credit Collection Service Two Wells Avenue Dept 9134 Newton Center, MA 02459 | | 45.77 | NA | NA | 0.00 |
| | Fashion Bug PO Box 84073 Columbus, GA 31908-4073 | | 265.00 | NA | NA | 0.00 |
| | Fifth Third Bank c/o RAB Inc PO Box 1022 Wixom, MI 48393-1022 | | 13,060.00 | NA | NA | 0.00 |
| | Fingerhut c/o Northland Group Inc PO Box 390846 Minneapolis, MN 55439 | | 498.00 | NA | NA | 0.00 |
| | Greater Chicago Finance 8331 W Roosevelt Road Forest Park, IL 60130 | | 6,765.00 | NA | NA | 0.00 |
| | Highlights for Children 1800 Watermark Drive PO Box 269 Columbus, OH 43216-0269 | | 30.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IHC Holy Family Emergency Physician 1251 W Glen Oaks Lane Thiensville, WI 53092-3378 | | 219.00 | NA | NA | 0.00 |
| | IL Dept of Human Services c/o NCO Financial 4601 Sauk Trail Richton Park, IL 60471 | | 1,124.00 | NA | NA | 0.00 |
| | Kohls PO Box 2983 Milwaukee, WI 53201 | | 662.00 | NA | NA | 0.00 |
| | Macy's PO Box 8066 Mason, OH 45040 | | 750.00 | NA | NA | 0.00 |
| | Nicor Attn Bankruptcy & Collections PO Box 549 Aurora, IL 60507 | | 285.00 | NA | NA | 0.00 |
| | The Home Depot PO Box 689147 Des Moines, IA 50368-9147 | | 10,425.00 | NA | NA | 0.00 |
| | Trustmark Recovery Service 541 Otis Bowen Drive Munster, IN 46321 | | 250.00 | NA | NA | 0.00 |
| | Village of Bellwood c/o Municipal Collection Services PO Box 1022 Wixom, MI 48393-1022 | | 200.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Washington Mutual PO Box 660509 Dallas, TX 75266-0509 | | 20,495.53 | NA | NA | 0.00 |
| 000001 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 17,580.00 | 17,577.23 | 17,577.23 | 994.32 |
| 000002 | BMW BANK OF NORTH AMERICA | 7100-000 | NA | 37,756.55 | 37,756.55 | 2,135.84 |
| 000004 | CHASE BANK USA NA | 7100-000 | NA | 12,376.20 | 12,376.20 | 700.11 |
| 000007 | CHASE BANK USA,N.A. | 7100-000 | NA | 702.85 | 702.85 | 39.76 |
| | CLERK OF BANKRUPTCY COURT | 7100-000 | NA | 0.00 | 467.16 | 467.16 |
| 000008 | DAIMLERCHRYSLER FINANCIAL | 7100-000 | NA | 22,244.18 | 22,244.18 | 1,258.33 |
| 000010 | DISCOVER BANK | 7100-000 | 15,387.95 | 15,037.95 | 0.00 | 0.00 |
| 000009 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 10,719.32 | 10,719.32 | 606.38 |
| 000006 | ROUNDUP FUNDING, LLC | 7100-000 | NA | 8,258.23 | 8,258.23 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 130,650.92 | $ 124,672.51 | $ 110,101.72 | $ 6,201.90 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-04342 | BL | Judge: Bruce W. Black | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|---|
| Case Name: | CLAVERIA, ROGELIO | | | | Date Filed (f) or Converted (c): | 02/11/09 (f) |
| | CLAVERIA, JOHANNA | | | | 341(a) Meeting Date: | 03/19/09 |
| For Period Ending: | 04/27/16 | | | | Claims Bar Date: | 06/22/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 321 Drake Ave, Bolingbrook, IL 60440, Blue Green | 213,000.00 | 0.00 | | 0.00 | FA |
| 2. TCF checking | 50.00 | 0.00 | | 0.00 | FA |
| 3. TCF savings | 150.00 | 0.00 | | 0.00 | FA |
| 4. 4 Beds, 5 Dressers, 2 Couches, 2 Loveseats, Dini | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. 2 Ordinary adult supplies | 700.00 | 0.00 | | 0.00 | FA |
| 6. Thru union | 0.00 | 0.00 | | 0.00 | FA |
| 7. 401K | 2,457.60 | 0.00 | | 0.00 | FA |
| 8. Retirement thru union- not yet vested | 0.00 | 0.00 | | 0.00 | FA |
| 9. Auto accident in 06/27/2008. Attorney is Brian K | 0.00 | 45,000.00 | | 45,000.00 | FA |
| 10. 2007 Mitsubishi Eclipse 15,000 miles | 10,850.00 | 0.00 | | 0.00 | FA |
| 11. 2008 Chevy Malibu 9,400 miles | 17,625.00 | 0.00 | | 0.00 | FA |
| 12. 2007 Mercedes C230 | Unknown | 0.00 | | 0.00 | FA |
| 13. 2007 Pontiac Grand Prix (driven and paid for by | 0.00 | 0.00 | | 0.00 | FA |
| 14. Blue green time share | 0.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $246,332.60 | $45,000.00 | | $45,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee suceeded Bradley Waller. A personal injury case is pending. TheTrustee filed a Moion To Compromsie the PI case, which was granted.

Initial Projected Date of Final Report (TFR): 12/31/10      Current Projected Date of Final Report (TFR): 06/30/15

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Ver: 19.05f

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-04342 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- | --- |
| Case Name: | CLAVERIA, ROGELIO | | Bank Name: | Bank of Kansas City |
| | CLAVERIA, JOHANNA | | Account Number / CD #: | *******0081 Checking Account |
| Taxpayer ID No: | *******6148 | | | |
| For Period Ending: | 04/27/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) |
| | | | BALANCE FORWARD | | | |
| 03/06/15 | 9 | Sate Farm Insurance | | 1142-000 | 45,000.00 | |
| * 04/03/15 | 005001 | Rogelia Claveria | Payment of PI exemption debtor per court order | 8100-003 | | 9,000.00 |
| * 04/03/15 | 005001 | Rogelia Claveria | Payment of PI exemption debtor Check to wrong debtor Will be reissued | 8100-003 | | -9,000.00 |
| 04/03/15 | 005002 | ATI Physical Therapy | Payment of lien per court order | 2990-000 | | 3,403.50 |
| 04/03/15 | 005003 | Teamsters Health & Welfare | Payment fo lien per court order | 2990-000 | | 3,662.94 |
| * 04/03/15 | 005004 | Vllage Of Bolingbrook Hospital | Payment of lien per court order | 2990-003 | | 904.07 |
| * 04/03/15 | 005004 | Vllage Of Bolingbrook Hospital | Payment of lien per AMOUNT OF LIEN ON CHECK NEEDS TO BE CORRECTED | 2990-003 | | -904.07 |
| 04/03/15 | 005005 | Johanna Claveria | Payment of PI exemption debtor per court order | 8100-000 | | 9,000.00 |
| * 04/03/15 | 005006 | Bolingbrook Hospital | Payment of lien per court order | 2990-003 | | 904.70 |
| 04/03/15 | 005007 | Adventist Health Partners | Payment fo lien per court order | 2990-000 | | 108.73 |
| 04/03/15 | 005008 | Village of Bolingbrook | Payment of lien per court order | 2990-000 | | 406.25 |
| 04/03/15 | 005009 | Suburban Radiologists | Payment of lien per court order | 2990-000 | | 613.00 |
| 04/03/15 | 005010 | DuPage Pathology | Payment of lien per court order | 2990-000 | | 174.00 |
| 04/03/15 | 005011 | Lee Gunter | Payment of attorney fee per court order | 3410-000 | | 7,500.00 |

Account / CD Balance ($): 0.00, 45,000.00, 36,000.00, 45,000.00, 41,596.50, 37,933.56, 37,029.49, 37,933.56, 28,933.56, 28,028.86, 27,920.13, 27,513.88, 26,900.88, 26,726.88, 19,226.88

Page Subtotals: 45,000.00 | 25,773.12

Ver: 19.05f

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-04342 -BL | |
| Case Name: | CLAVERIA, ROGELIO | |
| | CLAVERIA, JOHANNA | |
| Taxpayer ID No: | *******6148 | |
| For Period Ending: | 04/27/16 | |

| | | |
|---|---|---|
| Trustee Name: | MICHAEL G. BERLAND | |
| Bank Name: | Bank of Kansas City | |
| Account Number / CD #: | *******0081 Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/03/15 | 005012 | Lee Gunter | Payment of attorney expenses per court order | 3220-000 | | 300.00 | 18,926.88 |
| 04/03/15 | 005013 | Brian Keely | Payment of attorney fee per court order Attorney fee of $15,000 was split equally between Lee Gunter and Brian Keely | 3210-000 | | 7,500.00 | 11,426.88 |
| 04/03/15 | 005014 | Brian Keely | Payment of attorney expenses per court order | 3220-000 | | 840.37 | 10,586.51 |
| * 04/10/15 | 005006 | Bolingbrook Hospital | Payment of lien per | 2990-003 | | -904.70 | 11,491.21 |
| 04/10/15 | 005015 | Bolingbrook Hospital | Payment of lien per court order | 2990-000 | | 904.70 | 10,586.51 |
| 04/30/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 34.61 | 10,551.90 |
| 08/18/15 | 005016 | MICHAEL G. BERLAND 1 NORTH LASALLE STREET STE 1775 CHICAGO, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 4,350.00 | 6,201.90 |
| 08/18/15 | 005017 | American Express Bank, FSB POB 3001 Malvern, PA 19355-0701 | Claim 000001, Payment 5.65686% | 7100-000 | | 994.32 | 5,207.58 |
| 08/18/15 | 005018 | BMW Bank of North America C/O Michael J McKitrick 150 N Mermec 4th FL St Louis, MO 63105 | Claim 000002, Payment 5.65687% | 7100-000 | | 2,135.84 | 3,071.74 |
| 08/18/15 | 005019 | Chase Bank USA NA PO BOX 15145 Wilmington, DE 19850-5145 | Claim 000004, Payment 5.65691% | 7100-000 | | 700.11 | 2,371.63 |
| * 08/18/15 | 005020 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Claim 000006, Payment 5.65690% | 7100-004 | | 467.16 | 1,904.47 |

Page Subtotals       0.00       17,322.41

Ver: 19.05f

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

Page: 3

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-04342 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | CLAVERIA, ROGELIO | | Bank Name: | Bank of Kansas City |
| | CLAVERIA, JOHANNA | | Account Number / CD #: | *******0081 Checking Account |
| Taxpayer ID No: | *******6148 | | | |
| For Period Ending: | 04/27/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/18/15 | 005021 | Chase Bank USA,N.A.<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,TX 75374 | Claim 000007, Payment 5.65697% | 7100-000 | | 39.76 | 1,864.71 |
| 08/18/15 | 005022 | DaimlerChrysler Financial<br>Freedman, Anselmo, Lindberg & Rappe LLC<br>PO Box 3216<br>Naperville, IL 60566 | Claim 000008, Payment 5.65690% | 7100-000 | | 1,258.33 | 606.38 |
| 08/18/15 | 005023 | PYOD LLC its successors and assigns as<br>assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000009, Payment 5.65689% | 7100-000 | | 606.38 | 0.00 |
| * 02/24/16 | 005020 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | STOP PAYMENT REVERSAL<br>MANUAL STOP PAY ACCEPTANCE | 7100-004 | | -467.16 | 467.16 |
| 02/24/16 | 005024 | Clerk Of Bankruptcy Court | Payment to Clerk Of funds not<br>cashed by crdeditor form final distribution | 7100-000 | | 467.16 | 0.00 |

Page Subtotals 0.00 1,904.47

Ver: 19.05f

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 14)

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-04342 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | CLAVERIA, ROGELIO | Bank Name: | Bank of Kansas City |
| | CLAVERIA, JOHANNA | Account Number / CD #: | *******0081 Checking Account |
| Taxpayer ID No: | *******6148 | | |
| For Period Ending: | 04/27/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 45,000.00 | 45,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 45,000.00 | 45,000.00 | |
| | | | Less: Payments to Debtors | | | 9,000.00 | |
| | | | Net | | 45,000.00 | 36,000.00 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account - ********0081 | | 45,000.00 | 36,000.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 45,000.00 | 36,000.00 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 19.05f

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*